FILED  
United States Court of Appeals  
Tenth Circuit

January 24, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CALEB KANATZAR,

   Plaintiff - Appellant,

v.

JEFF ZMUDA; DAN SCHNURR; DARCIE HOLTHAUS; (FNU) AGNEW; J. JACKSON; (FNU) HULLET; JOYCE HICKS; (FNU) PETTIJOHN,

   Defendants - Appellees.

No. 22-3198  
(D.C. No. 5:22-CV-03036-SAC)  
(D. Kan.)

---

## ORDER

---

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk